*George S. Mittendorf* and *Arnold Furst* for appellant.

*Peter C. Mann* for the Equitable Life Assurance Society of the United States, respondent.

*Dean Potter* for Metropolitan Life Insurance Company, respondent.

*Bayard H. Ames, Louis W. Dawson* and *Frederick L. Allen* for The Mutual Life Insurance Company of New York, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

TEKLA TUZINSKA, Respondent, *v.* THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Appellant, Impleaded with Another.

(Argued May 29, 1936; decided July 8, 1936.)

*Frank G. Raichle* and *Carlos C. Alden* for appellant.
*Robert L. Rice, Jr., Sigismund M. Lopacki* and *George M. Donohue* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.